# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

MICHAEL LEE LUJAN,

    Plaintiff,

v.

WARDEN SWANEY, et al.,

    Defendants.

2:23-cv-128

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Orders and Local Rules and failure to prosecute. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 6 day of February, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA